
# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| USA ENVIRONMENT, LP | § | CIVIL ACTION NO: |
| | § | |
| VS. | § | JUDGE |
| | § | |
| LISBON PROCESSING, LLC and | § | MAGISTRATE JUDGE |
| JAMES H. BALLENGEE | | |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Lisbon Processing, LLC, who represents to the Court as follows:

1.

There is no parent corporation or other corporation holding 10% or more of the stock holdings of Lisbon Processing, LLC.

Respectfully submitted:

SHUEY SMITH, LLC

By: _____
Julio E. Rios, II
*Appearing pro hac vice*
401 Edwards Street, 13th Floor
Shreveport, Louisiana 71101
Telephone:    318.221.8671
Facsimile:    318.222.4320

**ATTORNEYS FOR
LISBON PROCESSING, LLC
AND JAMES H. BALLENGEE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above Corporate Disclosure Statement has been served upon the following counsel of record by placing a copy of same in the United States mail postage prepaid:

        Stacy L. Stair
        2211 Norfolk, Suite 400
        Houston, Texas 77098

Shreveport, Louisiana, on this _30th_ day of July, 2009.

                                  Of Counsel